**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JOHN J. GALLAGHER LISA M. GALLAGHER | NO. 09-73018 JUDGE: Barbosa |
| DEBTOR | |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents BAC Home Loans Servicing LP FKA Countywide Home in your Chapter 13 case number 09-073018. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of 08/26/2011, the post-petition sums due and collectable are as follows:

04/2011 – 08/2011 monthly payments at    = $          7,961.55
$1,592.31 each

TOTAL                                   = $          7,961.55

Respectfully submitted,

 /s/ Todd J. Ruchman
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-026338

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**